| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Wolf, Mark L. | 2. Court or Organization District of Massachusetts | 3. Date of Report 05/14/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status, magistrate judges indicate full- or part-time) U.S District Judge Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2009 to 12/31/2009 |
| 7. Chambers or Office Address 1 Courthouse Way Suite 5110 Boston, MA 02210 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Chairman Emeritus, Director | Albert Schweitzer Fellowship |
| 2 Chair | John William Ward Fellowship |
| 3. Trustee | Personal Residence Trust |
| 4 | |
| 5 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1 | |
| 2 | |
| 3 | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 05/14/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children, see pp 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Patent Law Association | 3/27-3/29 | New York, NY | dinner of the federal judiciary | (Transportation, food, lodging) |
| 2 | Hofstra U Law School | 10/18-10/19 | Garden City, NY | presentation at symposium | (Transportation, food, lodging) |
| 3 | | | | | |
| 4. | | | | | |
| 5 | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 05/14/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions )*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity USA (MM) | C | Dividend | K | T | | | | | |
| 2. Bank of America (Checking) | A | Interest | K | T | | | | | |
| 3 Bank of America (Savings) | A | Interest | K | T | | | | | |
| 4. Atlantic Whitehall GF (Mutual) | | None | | | Sold | 03/04/09 | J | | |
| 5 AIM Liq Ass MM Fund (MM) | A | Interest | | | Sold | 03/11/09 | M | | |
| 6 AIM Liq Ass MM Fund (MM) | A | Interest | | | Sold | 03/11/09 | M | | |
| 7 Atlantic Whitehall Eq Inc. Fund | | None | | | Sold | 03/04/09 | K | | |
| 8. Atlantic Whitehall Midcap Growth (Mutual) | | None | | | Sold | 03/04/09 | J | | |
| 9. McDonalds (Stock) | A | Dividend | K | T | | | | | |
| 10 Foxborough MA 5 25% 11/15/09 | B | Int./Div. | | | Sold | 11/15/09 | K | | |
| 11 EMC Corp MA (Stock) | | None | | | Sold | 03/06/09 | J | | |
| 12 Atlantic Whitehall Midcap Growth (Mutual) | | None | | | Sold | 03/04/09 | J | | |
| 13 Atlantic Whitehall Growth FUnd (Mutual) | | None | | | Sold | 03/04/09 | J | | |
| 14 Neuberger Berman Genesis Fund | | None | | | Sold | 03/04/09 | K | | |
| 15 LILO, LLC (Limited Liability Corp.) | E | Dividend | M | W | | | | | |
| 16 AIM Liq. Ass (MM) | A | Interest | | | Sold | 03/09/09 | J | | |
| 17 AIM Liq Ass (MM) | A | Interest | | | Sold | 03/11/09 | J | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18 | AIM Liq Ass (MM) | A | Interest | | | Sold | 03/11/09 | M | | |
| 19. | Citizens Bank (Savings and Checkings) | A | Interest | K | W | | | | | |
| 20 | Mass. Stat. Cons MBIASERD 5.5% (Bond 11/1/12) | B | Interest | | | Sold | 3/12/09 | K | A | |
| 21 | Boston MA GO 5% 8/1/13 (Bond) | A | Interest | | | Sold | 3/12/09 | K | A | |
| 22. | Brookline MA GO 5.125% (Bond) | A | Interest | | | Sold | 04/01/09 | K | | |
| 23. | MA Wr Poll ABTMT 5 15% 8/1/09 | B | Interest | | | Sold | 8/1/09 | K | | |
| 24 | MBTA Sales Tax 5 25% 5/1/11 (Bond) | A | Interest | | | Sold | 3/12/09 | L | B | |
| 25 | MA Wtr Res. Auth 5 25% 8/1/11 (Bond) | A | Interest | | | Sold | 3/12/09 | L | C | |
| 26 | Norwell, MA FGIC 5% 11/15/15 | A | Interest | | | Sold | 3/12/09 | K | A | |
| 27 | Dodge & Cox Intl Stock Fund (Mutual) | | None | | | Sold | 03/04/09 | J | | |
| 28 | AIM Liq Ass. MM FUnd (MM) | A | Interest | | | Sold | 03/02/09 | L | | |
| 29 | Dodge & Cox Int'l stock Fund (Mutual) | | None | | | Sold | 03/04/09 | J | | |
| 30 | AIM Liq. Ass MM FUnd (MM) | A | Interest | | | Sold | 03/02/09 | K | | |
| 31. | Atlantic Whitchall Eq. Inc. (mutual) | | None | | | Sold | 03/04/09 | L | | |
| 32 | Managers Time Sq Midcap Growth (Mutual) | | None | | | Sold | 03/04/09 | K | | |
| 33 | Atlantic Whitchall Eq. Inc (mutual) | | None | | | Sold | 03/04/09 | K | | |
| 34 | Managers Time Sq Midcap Growth (mutual) | | None | | | Sold | 03/04/09 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div, rent, or int) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Lazard emerging Market Fund (mut) | | None | | | Sold | 03/04/09 | J | | |
| 36. Amer Century Intl Disc Fund (mut) | | None | | | Sold | 03/04/09 | J | | |
| 37. Lazard Emerg Markets (mutual) | | None | | | Sold | 03/04/09 | J | | |
| 38. Amer. Century Intl Disc Fund | | None | | | Sold | 03/04/09 | J | | |
| 39 Ishare Russell 1000 growth fund exchange | | None | | | Sold | 03/06/09 | K | | |
| 40 Ishare Russell 1000 Value FUnd (ETF) | | None | | | Sold | 03/06/09 | J | | |
| 41 Ishare Russell Midcap Growth Fund | | None | | | Sold | 03/06/09 | J | | |
| 42. Lazard Emerging Markets | | None | | | Sold | 03/06/09 | J | | |
| 43 Amer. Century Intl Disc (Mut) | | None | | | Sold | 03/06/09 | J | | |
| 44 Ishare Russell MSCI EAFE inded fund (ETF) | | None | | | Sold | 03/04/09 | J | | |
| 45. Ishare Russell 1000 Value (ETF) | | None | | | Sold | 03/06/09 | M | | |
| 46. Ishare Russell 1000 Value (ETF) | | None | | | Sold | 03/06/09 | J | | |
| 47. Ishare Russell Midcap Growth (ETF) | | None | | | Sold | 03/06/09 | K | | |
| 48. Ma. St. Sales Tax 5% 8/15/17 | A | Interest | K | T | | | | | |
| 49 IRA #1 | B | Dividend | L | T | | | | | |
| 50 - CurrencyShares Japanese Yen Trust | | | | | Buy | 03/12/09 | J | | |
| 51. | | | | | Sold | 12/16/09 | J | A | |

| 1 Income Gain Codes (See Columns B1 and D1) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C. Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52   - iShares Barclays 20+ Year Treasury Bond | | | | | Buy | 03/12/09 | J | | |
| 53. | | | | | Sold | 06/02/09 | J | | |
| 54   - iShares Barclays TIPS Bond Fund 5.298% | | | | | Buy | 03/12/09 | J | | |
| 55. | | | | | Sold (part) | 06/02/09 | J | A | |
| 56.   - iShares FTSE/Xinhua China 25 Index | | | | | Buy | 03/12/09 | J | | |
| 57 | | | | | Sold (part) | 06/02/09 | J | A | |
| 58.   - iShares iBoxx Investment Grade Corporate Bond Fund | | | | | Buy | 03/12/09 | J | | |
| 59 | | | | | Sold (part) | 10/02/09 | J | A | |
| 60   - iShares GSCI Commodity Trust | | | | | Buy | 03/12/09 | J | | |
| 61. | | | | | Buy (add'l) | 06/02/09 | J | | |
| 62. | | | | | Sold (part) | 10/02/09 | J | A | |
| 63 | | | | | Sold | 11/20/09 | J | A | |
| 64   - SPDR Barclays Capital International Treasury Bond | | | | | Buy | 03/12/09 | J | | |
| 65 | | | | | Sold | 12/16/09 | J | | |
| 66   - SPDR Gold Trust | | | | | Buy | 03/12/09 | J | | |
| 67 | | | | | Sold (part) | 12/23/09 | J | A | |
| 68   - Vanguard Bond Index Fund | | | | | Buy | 03/12/09 | J | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69 – Vanguard International Equity Index | | | | | Buy | 03/12/09 | J | | |
| 70 | | | | | Sold (part) | 06/02/09 | J | A | |
| 71 – Vanguard REIT Index | | | | | Buy | 03/12/09 | J | | |
| 72 | | | | | Sold | 07/16/09 | J | | |
| 73 – Vanguard Total Stock Market Index | | | | | Buy | 03/12/09 | J | | |
| 74 | | | | | Sold (part) | 06/02/09 | J | A | |
| 75. – iShares MSCI Japan Index | | | | | Buy | 03/29/09 | J | | |
| 76. – iShares MSCI Hong Kong Index | | | | | Buy | 04/16/09 | J | | |
| 77 | | | | | Sold | 10/02/09 | J | A | |
| 78. – Claymore/BNY Mellon BRIC Index | | | | | Buy | 06/02/09 | J | | |
| 79 – iShares Barclays 7-10 Year Treasury Bond Fund | | | | | Buy | 06/02/09 | J | | |
| 80 – Vanguard Bond Index Fund | | | | | Buy | 07/16/09 | J | | |
| 81 – iShares JPMorgan USD Emerging Markets Bond Fund | | | | | Buy | 10/02/09 | J | | |
| 82. – iShares MSCI Germany Index | | | | | Buy | 10/02/09 | J | | |
| 83. – iShares Russell 2000 Index | | | | | Buy | 10/02/09 | J | | |
| 84 – DB Commodity Index | | | | | Buy | 11/20/09 | J | | |
| 85 – SPDR International Gov't Inflation-Protected Bond Index | | | | | Buy | 12/16/09 | J | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15 000 or less | K =$15,001 - $50 000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,00 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86   - WisdomTree Dreyfus Emerging Currency Fund | | | | | Buy | 12/06/09 | J | | |
| 87   - NASDAQ 100 Index | | | | | Buy | 12/23/09 | J | | |
| 88 | | | | | | | | | |
| 89 | | | | | | | | | |
| 90 | | | | | | | | | |
| 91.   IRA #2 | C | Dividend | M | T | | | -- | | |
| 92   - CurrencyShares Japanese Yen Trust | | | | | Buy | 03/12/09 | J | | |
| 93 | | | | | Sold | 12/16/09 | J | A | |
| 94   - iShares Barclays 20+ Year Treasury Bond | | | | | Buy | 03/12/09 | J | | |
| 95 | | | | | Sold | 06/02/09 | J | | |
| 96   - iShares Barclays TIPS Bond Fund 5.298% | | | | | Buy | 03/12/09 | K | | |
| 97 | | | | | Sold (part) | 06/02/09 | J | A | |
| 98   - iShares FTSE/Xinhua China 25 Index | | | | | Buy | 03/12/09 | J | | |
| 99 | | | | | Sold (part) | 06/02/09 | J | A | |
| 100   - iShares iBoxx Investment Grade Corporate Bond Fund | | | | | Buy | 03/12/09 | K | | |
| 101 | | | | | Buy (add'l) | 03/27/09 | J | | |
| 102 | | | | | Sold (part) | 10/02/09 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. - iShares GSCI Commodity Trust | | | | | Buy | 03/12/09 | J | | |
| 104 | | | | | Buy (add'l) | 06/02/09 | J | | |
| 105 | | | | | Sold (part) | 10/02/09 | J | A | |
| 106. | | | | | Sold | 11/20/09 | J | A | |
| 107 - SPDR Barclays Capital International Treasury Bond | | | | | Buy | 03/12/09 | J | | |
| 108 | | | | | Sold | 12/16/09 | J | A | |
| 109 - SPDR Gold Trust | | | | | Buy | 03/12/09 | J | | |
| 110 | | | | | Buy (add'l) | 06/03/09 | J | | |
| 111. | | | | | Sold (part) | 12/23/09 | J | B | |
| 112 - Vanguard Bond Index Fund | | | | | Buy | 03/12/09 | J | | |
| 113. | | | | | Buy (add'l) | 07/16/09 | J | | |
| 114. - Vanguard International Equity Index | | | | | Buy | 03/12/09 | J | | |
| 115. | | | | | Sold (part) | 06/02/09 | J | B | |
| 116 - Vanguard REIT Index | | | | | Buy | 03/12/09 | J | | |
| 117 | | | | | Sold | 07/16/09 | J | A | |
| 118 - Vanguard Total Stock Market Index | | | | | Buy | 03/12/09 | K | | |
| 119 | | | | | Sold (part) | 06/02/09 | J | A | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50 001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50 000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120 | | | | | Sold | 12/06/09 | J | A | |
| 121. - iShares MSCI Japan Index | | | | | Buy | 03/29/09 | J | | |
| 122. - iShares MSCI Hong Kong Index | | | | | Buy | 04/16/09 | J | | |
| 123 | | | | | Sold | 10/02/09 | J | B | |
| 124 - Claymore/BNY Mellon BRIC Index | | | | | Buy | 06/02/09 | J | | |
| 125 - iShares Barclays 7-10 Year Treasury Bond Fund | | | | | Buy | 06/02/09 | J | | |
| 126 - iShares JPMorgan USD Emerging Markets Bond Fund | | | | | Buy | 10/02/09 | J | | |
| 127. - iShares MSCI Germany Index | | | | | Buy | 10/02/09 | J | | |
| 128 - iShares Russell 2000 Index | | | | | Buy | 10/02/09 | J | | |
| 129 - DB Commodity Index | | | | | Buy | 11/20/09 | J | | |
| 130. - SPDR International Gov't Inflation-Protected Bond Index | | | | | Buy | 12/16/09 | J | | |
| 131 - WisdomTree Dreyfus Emerging Currency Fund | | | | | Buy | 12/06/09 | J | | |
| 132 - NASDAQ 100 Index | | | | | Buy | 12/23/09 | J | | |
| 133 | | | | | | | | | |
| 134 | | | | | | | | | |
| 135 | | | | | | | | | |
| 136 BROKERAGE ACCOUNT #1 | | | | | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. CurrencyShares Japanese Yen Trust | | None | | | Buy | 03/16/09 | J | | |
| 138 | | | | | Buy (add'l) | 04/02/09 | J | | |
| 139. | | | | | Sold | 12/16/09 | J | A | |
| 140 iShares Barclays 1-3 Year Treasury Bond Fund | A | Dividend | K | T | Buy | 03/16/09 | K | | |
| 141. | | | | | Buy (add'l) | 04/02/09 | J | | |
| 142 | | | | | Buy (add'l) | 06/02/09 | J | | |
| 143. | | | | | Buy (add'l) | 11/17/09 | J | | |
| 144. iShares Barclays 20+ Year Treasury Bond | A | Dividend | | | Buy | 03/16/09 | J | | |
| 145. | | | | | Buy (add'l) | 04/02/09 | J | | |
| 146 | | | | | Sold | 06/02/09 | J | | |
| 147 iShares Barclays TIPS Bond Fund 5.298% | A | Dividend | K | T | Buy | 03/16/09 | J | | |
| 148 | | | | | Buy (add'l) | 04/02/09 | J | | |
| 149 | | | | | Sold (part) | 06/02/09 | J | A | |
| 150 | | | | | Buy (add'l) | 11/17/09 | J | | |
| 151 iShares FTSE/Xinhua China 25 Index | A | Dividend | J | T | Buy | 03/16/09 | J | | |
| 152 iShares iBoxx Investment Grade Corporate Bond Fund | A | Dividend | | | Buy | 03/16/09 | J | | |
| 153 | | | | | Buy (add'l) | 04/02/09 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold | 10/02/09 | J | A | |
| 155 SPDR Barclays Capital International Treasury Bond | | None | | | Buy | 03/16/09 | J | | |
| 156 | | | | | Buy (add'l) | 04/02/09 | J | | |
| 157. | | | | | Sold | 12/16/09 | J | B | |
| 158 SPDR Gold Trust | | None | J | T | Buy | 03/16/09 | J | | |
| 159. | | | | | Buy (add'l) | 04/02/09 | J | | |
| 160. | | | | | Sold (part) | 12/09/09 | J | A | |
| 161. Vanguard Bond Index Fund | A | Dividend | K | T | Buy | 03/16/09 | J | | |
| 162. | | | | | Buy (add'l) | 03/16/09 | J | | |
| 163 | | | | | Buy (add'l) | 04/02/09 | J | | |
| 164. | | | | | Buy (add'l) | 11/17/09 | J | | |
| 165. Vanguard Total Stock Market Index | A | Dividend | J | T | Buy | 03/16/09 | J | | |
| 166 | | | | | Buy (add'l) | 04/02/09 | J | | |
| 167 iShares MSCI Japan Index | A | Dividend | J | T | Buy | 03/26/09 | J | | |
| 168 | | | | | Buy (add'l) | 04/02/09 | J | | |
| 169. iShares MSCI Hong Kong Index | A | Dividend | | | Buy | 04/16/09 | J | | |
| 170. | | | | | Sold | 10/02/09 | J | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions )*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div, rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g, buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. iShares 7-10 Year Treasury Bond Fund | A | Dividend | J | T | Buy | 06/02/09 | J | | |
| 172. | | | | | Buy (add'l) | 11/17/09 | J | | |
| 173. iShares GSCI Commodity Trust | | None | | | Buy | 06/02/09 | J | | |
| 174. | | | | | Sold | 10/02/09 | J | | |
| 175. iShares JPMorgan USD Emerging Markets Bond Fund | A | Dividend | J | T | Buy | 10/02/09 | J | | |
| 176 | | | | | Buy (add'l) | 12/16/09 | J | | |
| 177 iShares MSCI Germany Index | A | Dividend | J | T | Buy | 10/02/09 | J | | |
| 178 iShares Russell 2000 Index | A | Dividend | J | T | Buy | 10/02/09 | J | | |
| 179. iShares Barclays Short Treasury Bond Fund | A | Dividend | K | T | Buy | 10/28/09 | K | | |
| 180 | | | | | Buy (add'l) | 11/17/09 | J | | |
| 181 SPDR International Gov't Inflation-Protected Bond Index | A | Dividend | J | T | Buy (add'l) | 12/16/09 | J | | |
| 182. WisdomTree Dreyfus Emerging Currency Fund | A | Dividend | J | T | Buy | 12/06/09 | J | | |
| 183 NASDAQ 100 Index | | None | J | T | Buy | 12/23/09 | J | | |
| 184. | | | | | | | | | |
| 185. | | | | | | | | | |
| 186. | | | | | | | | | |
| 187. | | | | | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R –Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188 BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 189 McDonald's Corp | A | Dividend | K | T | | | | | |
| 190 | | | | | | | | | |
| 191. | | | | | | | | | |
| 192 BROKERAGE ACCOUNT #3 | | | | | | | | | |
| 193 CurrencyShares Japanese Yen Trust | | None | | | Buy | 03/12/09 | J | | |
| 194 | | | | | Sold | 12/16/09 | J | A | |
| 195 iShares Barclays 20+ Year Treasury Bond | A | Dividend | | | Buy | 03/12/09 | K | | |
| 196. | | | | | Sold | 06/02/09 | J | | |
| 197 iShares Barclays TIPS Bond Fund 5 298% | B | Dividend | K | T | Buy | 03/12/09 | K | | |
| 198 | | | | | Sold (part) | 06/02/09 | J | A | |
| 199 iShares FTSE/Xinhua China 25 Index | A | Dividend | K | T | Buy | 03/12/09 | J | | |
| 200 | | | | | Buy (add'l) | 03/12/09 | J | | |
| 201 | | | | | Sold (part) | 06/02/09 | J | B | |
| 202 iShares GSCI Commodity Trust | | None | J | T | Buy | 03/12/09 | J | | |
| 203 | | | | | Buy (add'l) | 03/12/09 | J | | |
| 204 | | | | | Buy (add'l) | 06/02/09 | K | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205 | | | | | Sold (part) | 10/02/09 | K | B | |
| 206. iShares iBoxx Investment Grade Corporate Bond Fund | B | Dividend | K | T | Buy | 03/12/09 | J | | |
| 207 | | | | | Buy (add'l) | 03/12/09 | J | | |
| 208. | | | | | Buy (add'l) | 03/12/09 | J | | |
| 209. | | | | | Buy (add'l) | 03/12/09 | J | | |
| 210 | | | | | Buy (add'l) | 03/12/09 | J | | |
| 211 | | | | | Sold (part) | 10/02/09 | K | C | |
| 212. SPDR Barclays Capital International Treasury Bond | | None | | | Buy | 03/12/09 | K | | |
| 213 | | | | | Sold | 12/16/09 | J | B | |
| 214 SPDR Gold Trust | | None | K | T | Buy | 03/12/09 | K | | |
| 215 | | | | | Sold (part) | 12/23/09 | K | B | |
| 216. Vanguard Bond Index Fund | A | Dividend | K | T | Buy | 03/12/09 | J | | |
| 217. | | | | | Buy (add'l) | 07/13/09 | J | | |
| 218 Vanguard International Equity Index | A | Dividend | J | T | Buy | 03/12/09 | K | | |
| 219 | | | | | Sold (part) | 06/02/09 | J | C | |
| 220. Vanguard REIT Index | A | Dividend | | | Buy | 03/12/09 | J | | |
| 221 | | | | | Buy (add'l) | 03/12/09 | J | | |

| 1 Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g, buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222 | | | | | Sold | 07/13/09 | J | B | |
| 223 Vanguard Total Stock Market Index | B | Dividend | L | T | Buy | 03/12/09 | J | | |
| 224 | | | | | Buy (add'l) | 03/12/09 | J | | |
| 225 | | | | | Buy (add'l) | 03/12/09 | J | | |
| 226. | | | | | Buy (add'l) | 03/12/09 | J | | |
| 227 | | | | | Buy (add'l) | 03/12/09 | J | | |
| 228. | | | | | Buy (add'l) | 03/12/09 | J | | |
| 229 | | | | | Buy (add'l) | 03/12/09 | J | | |
| 230 | | | | | Buy (add'l) | 03/12/09 | J | | |
| 231 | | | | | Sold (part) | 06/02/09 | J | C | |
| 232 | | | | | Sold (part) | 12/06/09 | J | B | |
| 233 iShares MSCI Japan Index | A | Dividend | J | T | Buy | 03/26/09 | J | | |
| 234 Claymore/BNY Mellon BRIC Index | A | Dividend | J | T | Buy | 06/02/09 | J | | |
| 235 iShares Barclays 7-10 Year Treasury Bond | A | Dividend | K | T | Buy | 06/02/09 | K | | |
| 236 iShares MSCI Hong Kong Index | A | Dividend | | | Buy | 06/03/09 | J | | |
| 237 | | | | | Sold | 10/02/09 | J | A | |
| 238 iShares JPMorgan USD Emerging Markets Bond Fund | A | Dividend | K | T | Buy | 10/02/09 | K | | |

| 1. Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g, div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e g, buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. iShares MSCI Germany Index | A | Dividend | J | T | Buy | 10/02/09 | J | | |
| 240 iShares Russell 2000 Index | A | Dividend | K | T | Buy | 10/02/09 | K | | |
| 241. SPDR International Gov't Inflation-Protected Bond Index | A | Dividend | J | T | Buy | 12/16/09 | J | | |
| 242. WisdomTree Dreyfus Emerging Currency Fund | A | Dividend | J | T | Buy | 12/16/09 | J | | |
| 243. NASDAQ 100 Index | | None | J | T | Buy | 12/23/09 | J | | |
| 244. | | | | | | | | | |
| 245. | | | | | | | | | |
| 246. | | | | | | | | | |
| 247. BROKERAGE ACCOUNT #4 | B | Dividend | L | T | | | | | |
| 248. CurrencyShares Japanese Yen Trust | | None | | | Buy | 03/12/09 | J | | |
| 249 | | | | | Sold | 12/16/09 | J | A | |
| 250. iShares Barclays 1-3 Year Treasury Bond | A | Dividend | J | T | Buy | 03/12/09 | J | | |
| 251. | | | | | Buy (add'l) | 03/12/09 | J | | |
| 252. | | | | | Sold (part) | 06/17/09 | J | | |
| 253 | | | | | Buy (add'l) | 10/23/09 | J | | |
| 254. iShares Barclays 20+ Year Treasury Bond | A | Dividend | | | Buy | 03/12/09 | J | | |
| 255 | | | | | Sold | 06/02/09 | J | | |

| 1 Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div, rent, or int) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e g, buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. iShares Barclays TIPS Bond Fund 5.298% | A | Dividend | J | T | Buy | 03/12/09 | J | | |
| 257 | | | | | Sold (part) | 06/02/09 | J | A | |
| 258. iShares FTSE/Xinhua China 25 Index | A | Dividend | J | T | Buy | 03/12/09 | J | | |
| 259. | | | | | Sold (part) | 06/02/09 | J | A | |
| 260. iShares iBoxx Investment Grade Coporate Bond Fund | A | Dividend | | | Buy | 03/12/09 | J | | |
| 261. | | | | | Sold | 10/02/09 | J | A | |
| 262 SPDR Barclays Capital International Treasury Bond | | None | | | Buy | 03/12/09 | J | | |
| 263 | | | | | Sold | 12/16/09 | J | A | |
| 264 SPDR Gold Trust | | None | J | T | Buy | 03/12/09 | J | | |
| 265. | | | | | Sold (part) | 12/09/09 | J | A | |
| 266 Vanguard Bond Index Fund | A | Dividend | J | Γ | Buy | 03/12/09 | J | | |
| 267 Vanguard Total Stock Market Index | A | Dividend | J | T | Buy | 03/12/09 | J | | |
| 268. | | | | | Sold (part) | 06/02/09 | J | A | |
| 269 iShares MSCI Japan Index | A | Dividend | J | T | Buy | 03/26/09 | J | | |
| 270 iShares MSCI Hong Kong Index | A | Dividend | | | Buy | 04/16/09 | J | | |
| 271 | | | | | Sold | 10/02/09 | J | A | |
| 272 iShares Barclays 7-10 Year Treasury Bond | A | Dividend | J | T | Buy | 06/02/09 | J | | |

1 Income Gain Codes (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2 Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3 Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. iShares GSCI Commodity Trust | | None | | | Buy | 06/02/09 | J | | |
| 274 | | | | | Sold | 10/02/09 | J | | |
| 275 iShares JPMorgan USD Emerging Markets Bond Fund | A | Dividend | J | T | Buy | 10/02/09 | J | | |
| 276 | | | | | Buy (add'l) | 12/16/09 | J | | |
| 277. iShares MSCI Germany Index | A | Dividend | J | T | Buy | 10/02/09 | J | | |
| 278 Russell 2000 Index | A | Dividend | J | T | Buy | 10/02/09 | J | | |
| 279. SPDR International Gov't Inflation-Protected Bond Index | A | Dividend | J | T | Buy | 12/16/09 | J | | |
| 280 WisdomTree Dreyfus Emerging Currency Fund | A | Dividend | J | T | Buy | 12/16/09 | J | | |
| 281 NASDAQ 100 Index | | None | J | T | Buy | 12/23/09 | J | | |
| 282. | | | | | | | | | |
| 283. | | | | | | | | | |
| 284 | | | | | | | | | |
| 285 CHARLES SCHWAB MONEY MARKET ACCOUNT | A | Dividend | K | T | | | | | |
| 286 | | | | | | | | | |
| 287 | | | | | | | | | |
| 288. | | | | | | | | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less F –$50,001 - $100,000 | B =$1,001 - $2,500 G –$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V –Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 05/14/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

At the beginning of 2009 many of the assets owned by ████████ and me continued to be held and managed by Atlantic Trust Pell Rudman ("ATPR"), an investment advisory firm. In March, 2009, many of those assets were sold in connection with a transition to another investment advisory firm, Windward Investments ("Windward").

ATPR and Windward provided the information contained in t is Report concerning assets that were in their custody for pa ts of 2009 That information is, to the best of my knowledge, accurate and complete.

In my Financial Disclosure Report for 2008, in Part VII, lines 31 and 32, two sales of Dodge & Cox Stock Fund were reported as "Sold (part)." The second entry should have stated "Sold" because all of the remainder of that Fund was sold on October 8, 2008. No Dodge & Cox Stock Fund was owned in 2009 and, therefore, it is not included in Part VII of this Report.

This Report, in Part VII beginning on lines 49 and 91, provides information concerning two IRAs. Although not designated as such in my Reports for prior years, ████████ and I had IRAs managed by ATPR. Not recognizing that there are different reporting requirements for Aggregate Ownership Arrangements such as IRAs, in the past I reported more details concerning the assets in ██ IRAs than required. The two IRAs included in this Report are "rollover IRAs" for federal tax purposes. The assets in them were acquired by Windward with the proceeds of the assets in our IRAs selected and managed by ATPR. The information concerning the IRAs in this Report is provided in the manner prescribed for Aggregate Ownership Arrangements.

While ████████ and I invest in what Windward calls "Funds," through which identical investments are made simultaneously for many investors, these are not mutual funds, rather various index shares are bought and sold for ██r individual accounts at various times Therefore, there are many transactions described in this Report which would not be required to be reported if ██ were invested in mutual funds which engaged in similar transactions.

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 05/14/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544